Territorial Law Library



FILED
SUPERIOR COURT
OF GUAM

2012 SEP 20 AM 10: 54

OF COURT

# IN THE SUPERIOR COURT OF GUAM

NOELLA D. CARTER,

    Plaintiff.

    v.

LEAH BETH O. NAHOLOWAA, in her
official capacity as COMMISSIONER
OF THE GUAM WORKER'S
COMPENSATION COMMISSION,
CONTINENTAL MICRONESIA, and
AMERICAN HOME ASSURANCE
COMPANY,

    Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV0021-12

**DECISION AND ORDER
RE: MOTION FOR
DISQUALIFICATION**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on September 10, 2012 on Defendant's Objection to this Court presiding over the proceedings. Attorney William Jones represented Plaintiff, Attorney Louie Yanza represented Continental Micronesia and American Home Assurance Company. Following the hearing, the Court took the matter under advisement. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On July 23, 2012, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On August 1, 2012, Defendants Continental Micronesia and American Home Assurance Company filed with the Court their objection to this

Court presiding over the above-captioned matter. A hearing was held on September 10, 2012 wherein a motion was made to disqualify the Court. The Court does not oppose the motion for disqualification.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby GRANTED and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

SEP 20 2012

It is **SO ORDERED** this ____ day of September, 2012.

_____
HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

SEP 20 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam

-2-